# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip and Joyce Oates, Arizona residents,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Pamela Diez and James Diez dba Diez Associates, and La Petite Chateau Apartments, LLC, an Arizona limited liability company,<br><br>　　　　　　　Defendants. | No. CV 10-01675-PHX-JAT<br><br>**ORDER re STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 56), and good cause appearing therefor,

　　　IT IS HEREBY ORDERED dismissing this action with prejudice, both sides to bear their own costs and attorneys' fees.

　　　Dated this 11th day of July, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　James A. Teilborg
　　　　　　　　　　　　　　　　　　　United States District Judge